UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>IGNACIO DIOGENES ARIAS</u>,
    Petitioner,

v.

<u>JOHN ASHCROFT, et al.</u>
    Respondents.

CIVIL ACTION

NO.   04-10171-NG

O R D E R

<u>GERTNER, D. J.</u>

  On January 26, 2004, petitioner Ignacio Diogenes Arias, an immigration detainee currently confined at Bristol County Jail and House of Correction in North Dartmouth, filed a petition for a writ of habeas corpus under Section 2241 through counsel and submitted the $5 filing fee.

  ACCORDINGLY,

  (1) The Clerk shall correct the case caption to reflect that the only respondent to this action is Thomas Hodgson, the Sheriff of Bristol County.  A writ of habeas corpus must be "directed to the person having custody of the person detained."  28 U.S.C. § 2243.  Petitioner's legal custodian is the sheriff of Bristol County, the individual having day-to-day control over the facility in which petitioner is being detained.  <u>Vasquez v. Reno</u>, 233 F.3d 688, 694 (1st Cir. 2000), <u>cert. denied</u>, <u>sub nom.</u> <u>Vasquez v. Ashcroft</u>, 122 S. Ct. 43 (2001); <u>see</u> Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

  (2) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (1) Thomas Hodgson, Sheriff, Bristol County Jail and House of Correction, 400 Faunce Corner Road, North Dartmouth, MA  02747; (2) the United States Attorney; AND (3) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114;

(3) The Respondent shall, within 14 days of receipt of this Order, file an answer or other responsive pleading; AND

(4) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

<u>1/29/04</u>                                                <u>s/ Nancy Gertner</u>
Date                                                       United States District Judge

(2241servINS.wpd - 09/00)                                                                                  [2241serv.]