UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IGNACIO DIOGENES ARIAS, Petitioner | ) ) ) ) | |
| v. | ) ) ) | **Civil Action No.** **04 cv 10171-NG** |
| THOMAS HODGSON, Respondent | ) ) ) | |

## OBJECTION TO MOTION TO DISMISS
### AND
### MOTION FOR 20 DAY PERIODE IN WHICH TO SUBMIT RESPONSE

Now comes the Petitioner, through counsel, and hereby objects to the Respondent's Motion to Dismiss this habeas petition.

Petitioner respectfully requests a 20 day period, through March 4, 2004, in which to submit a response to the motion to dismiss. For reason, counsel informs the Court that he was unable to work for much of January due to a ruptured cervical disk, and as a result has a substantial backlog in workload.

Respectfully Submitted,
Ignacio Diogenes Arias
By His Attorney,


_____
Randy Olen, Esq.
55 Bradford Street, Suite 203
Providence, Rhode Island 02903
(401)274-1400
(401)274-2480 (fax)


## **CERTIFICATION**


I herby certify that on this 13th day of February, 2004 I have caused to be delivered a true copy of the within *Motion* to Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02114.


_____