UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IGNACIO DIOGENES ARIAS,<br>    Petitioner<br><br>v.<br><br>THOMAS HODGSON,<br>    Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.<br>           04 cv 10171-NG |

### ASSENTED – TO MOTION FOR ONE WEEK ENLARGEMENT
### OF TIME TO SUBMIT MEMORANDUM

Now comes the Petitioner, through counsel, and hereby moves this Honorable Court for an additional one-week enlargement of time to submit his memorandum in opposition to the Government's motion to dismiss this habeas Petition, through March 11, 2004. Counsel is continuing to work through an exceptionally large backlog in workload as a result of being out of work most of January due to a back injury.

Counsel has conferred with Special Assistant United States Attorney Frank Crowley regarding this motion, who has no objection to the request.

Respectfully Submitted,
Ignacio Diogenes Arias
By His Attorney,

_____
Randy Olen, Esq.
55 Bradford Street, Suite 203
Providence, Rhode Island 02903
(401)274-1400
(401)274-2480 (fax)

## CERTIFICATION

I herby certify that on this 4th day of March, 2004 I have caused to be delivered a true copy of the within *Motion* to Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02114.

_____