UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IGNACIO DIOGENES ARIAS,        )
       Petitioner                )
                 )
                 )
       v.                        )        Civil Action No.
                 )        04 cv 10171-NG
                 )
                 )
THOMAS HODGSON,                )
       Respondent                )

## ASSENTED – TO MOTION FOR ENLARGEMENT OF TIME TO SUBMIT MEMORANDUM

Now comes the Petitioner, through counsel, and hereby moves this Honorable Court for an additional enlargement of time to submit his memorandum in opposition to the Government's motion to dismiss this habeas Petition, through March 22, 2004.   Counsel apologizes for the delay but has been burdened by an enormous backlog in workload as a result of being out of work most of January due to a ruptured cervical disk.

Counsel has conferred with Special Assistant United States Attorney Frank Crowley regarding this motion, who has no objection to the request.  Mr. Arias has been released from DHS custody on bond; the brief enlargement will therefore not subject the government to any additional expense.

Respectfully Submitted,
Ignacio Diogenes Arias
By His Attorney,

_____
Randy Olen, Esq.
55 Bradford Street, Suite 203
Providence, Rhode Island 02903
(401)274-1400
(401)274-2480 (fax)

## CERTIFICATION

I herby certify that on this 18th day of March, 2004 I have caused to be delivered a true copy of the within *Motion* to Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02114.