UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<u>Ignacio Diogenes Arias</u>
    Petitioner,

v.                                   Civil Action No.  04-10171-NG

<u>Thomas Hodgson,</u>
<u>Sheriff Bristol County</u>
    Respondent,

**GERTNER, D.J.:**

**<u>ORDER OF ADMINISTRATIVE STAY/CLOSING</u>**

It is hereby ordered that the above entitled case is stayed/closed pending the resolution of the <u>Immigration proceedings.</u>  To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the <u>Immigration proceedings</u>, if any further action is required.

Dated:10/29/04                              <u>s/ Maryellen Molloy</u>
                                            Deputy Clerk