UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IGNACIO DIOGENES ARIAS,<br>          Petitioner<br><br>v.<br><br>THOMAS HODGSON,<br>          Respondent | Civil Action No.<br>04 CV 10171-NG |

## STATUS REPORT

Petitioner hereby informs this Honorable Court that Mr. Arias' removal hearing, scheduled for Thursday, October 7, 2004, was continued by the Immigration Court, *sua sponte*, to May 13, 2005.

Mr. Arias remains at liberty on bond. For the reasons previously advanced in "Petitioner's Response to Respondent's Motion to Dismiss and Motion to Hold Proceedings in Abeyance", Mr. Arias requests that this matter continue to be held in abeyance pending the conclusion of the ongoing removal proceedings.

Petitioner will file an updated status report after the next removal hearing.

Respectfully Submitted,
Ignacio Diogenes Arias,
By His Attorney,

_____
Randy Olen, Esq.
55 Bradford Street, Suite 203
Providence, RI 02903
401-274-1400
401-274-2480 (fax)

## CERTIFICATION

I hereby certify that on the 27th day of October, 2004, I delivered a true copy of the within *Motion* to Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02203.