```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

IGNACIO DIOGENES ARIAS,         )
                                )
          Petitioner            )
                                )    Civil Action No.
      v.                        )    04cv10171-NG
                                )
THOMAS HODGSON,                 )
                                )
          Respondent            )
```

## RESPONDENT'S NOTICE OF ERRATUM

Respondent[1] reports to the Court that its recent filing today of a Motion to Transfer Case to the First Circuit Court of Appeals Pursuant to Section 106(c) of the Real ID Act of 2005, contains an error.  Page 3 of that motion incorrectly indicates that petitioner's case has been pending since "April 13, 2005". In fact, petitioner's case has been pending since **January 26, 2004**.

Respondent regrets any inconvenience caused by its mistake.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:  s/Frank Crowley
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on May 16, 2005.

     s/Frank Crowley
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114

---

United States in a suit pending in a court of the United States").