UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IGNACIO DIOGENES ARIAS, <br>     Petitioner <br><br> v. <br><br> THOMAS HODGSON, <br>     Respondent | Civil Action No. <br> 04 cv 10171-NG |

**ASSENTED-TO MOTION FOR 14 DAY PERIOD TO RESPOND TO RESPONDENT'S MOTION TO TRANSFER CASE TO FIRST CIRCUIT COURT OF APPEALS**

Now comes the Petitioner, Ignacio Diognes Arias, through counsel, and hereby requests a 14 day period, through June 15, 2005, in which to submit a response to the Respondent's "Motion to Transfer Case to First Circuit Court of Appeals Pursuant To Section 106(c) of the Real ID Act of 2005."

Respondents' motion is based upon the May 11, 2005 enactment of section 106(c) of the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA"). This statute purports to eliminate the district court's habeas jurisdiction to review final orders of removal pursuant to 28 U.S.C. §2241, and provides for transfer of cases pending in the district court to the United States Court of Appeals for the First Circuit.

Mr. Arias respectfully requests a 14 day period in which to submit a response to the Respondent's motion. Petitioner's counsel is a sole practitioner and will require this

period in order to effectively review the new provisions of the REAL ID Act which are presently at issue in this case.

WHEREFORE, Petitioner moves this Honorable Court for leave to submit a response to the Respondent's motion to transfer, through June 15, 2005.

Respectfully Submitted,
Ignacio Diogenes Arias,
By His Attorney,

Randy Olen, Esq.
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

## CERTIFICATION

I hereby certify that on the 1st day of June, 2005, I delivered a true copy of the within *Motion* via first class mail to Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, District Counsel, J.F.K .Federal Building, Room 425, Boston, MA 02203.