UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IGNACIO DIOGENES ARIAS,**<br>Petitioner<br>A 34-020-090<br><br>v.<br><br><br>**THOMAS HODGSON,**<br>Respondent | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04 cv 10171-NG<br>)<br>)<br>)<br>) |

### NOTICE OF NON-OBJECTION TO RESPONDENTS' MOTION TO TRANSFER CASE TO FIRST CIRCUIT COURT OF APPEALS AND MOTION TO VACATE HEARING DATE

Now comes the Petitioner, Ignacio Arias, through counsel, and hereby gives notice to this Honorable Court that he does not object to the Respondents' "Motion to Transfer Case to First Circuit Court of Appeals Pursuant To Section 106(c) of the Real ID Act of 2005."

Respectfully submitted,
Ignacio Arias,
By His Attorney,

_____
Randy Olen, Esq.,
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

## CERTIFICATION

I hereby certify that on the 27TH day of June, 2005, I sent a true copy of the within *Motion* to Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, JFK Station, Boston, MA 02114.

*/s/ Katie Ryan*