UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IGNACIO DIOGENES ARIAS,**       ) | |
|      **Petitioner,**               ) | |
|                                    ) | |
|           v.                       ) | C.A. No. 04-cv-10171-NG |
|                                    ) | |
| **THOMAS HODGSON,**                ) | |
|      **Respondent.**               ) | |

**GERTNER, D.J.:**

<u>**ORDER OF TRANSFER**</u>

Respondent moves to transfer the above-captioned case to the First Circuit Court of Appeals pursuant to Section 106(c) of the Real ID Act of 2005, H.R. 1268, 109th Congr. (2005) (enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 [docket entry # 13]. Petitioner assents to the motion [docket entry # 16]. Accordingly, I hereby **GRANT** respondent's motion and hereby **TRANSFER** this case to the First Circuit Court of Appeals.

**SO ORDERED.**

**Dated:   July 8, 2005**                    **/s/ NANCY GERTNER, U.S.D.J.**