UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IGNACIO DIOGENES ARIAS,**<br>　　Petitioner,<br><br>　　　　v.<br><br>**THOMAS HODGSON,**<br>　　Respondent. | )<br>)<br>)<br>)　C.A. No. 04-cv-10171-NG<br>)<br>)<br>) |

GERTNER, D.J.:

## ORDER OF TRANSFER

Respondent moves to transfer the above-captioned case to the First Circuit Court of Appeals pursuant to Section 106(c) of the Real ID Act of 2005, H.R. 1268, 109th Congr. (2005) (enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 [docket entry # 13]. Petitioner assents to the motion [docket entry # 16]. Accordingly, I hereby **GRANT** respondent's motion and hereby **TRANSFER** this case to the First Circuit Court of Appeals.

**SO ORDERED.**

**Dated:　　July 22, 2005**　　　　　　　　　　**/s/ NANCY GERTNER, U.S.D.J.**